IN THE UNITED STATES DISTRICT COURT FO RHTE
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-20028-CM |
| | ) |
| ORR LEE ORR, JR. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On June 16, 2005, this court held a hearing on defendant's motion to modify detention order (Doc. 24) filed on June 15, 2005. Defendant requested that he be allowed temporary release from custody in order to have a private viewing of the body of his father who passed away on June 6, 2005.

Terra Morehead appeared on behalf of the government and defendant appeared in person and through counsel Michael Harris. After hearing oral argument, the court granted defendant's motion and ordered defendant to pay $100.00 as a part of the reimbursement to the U.S. Marshal for the expenses of taking defendant to the private viewing. Accordingly, the court hereby

ORDERS the United States Marshal Service to arrange for transportation and take defendant from his place of incarceration, the Corrections Corporation of America, to Third Street Baptist Church in Kansas City, Kansas, for a private viewing of his father, Orr Lee Orr, Sr., and following the viewing, promptly return defendant to his place of confinement. Defendant shall advance $100.00 to the U.S. Marshal in connection with the requested viewing.

IT IS SO ORDERED.

Dated this 16th day of June, 2005.

                                          s/ Carlos Murguia
                                          U.S. District Judge